# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman ALEXANDER J. SARTORIUS
### United States Air Force

### ACM S32203

### 26 November 2014

Sentence adjudged 19 December 2013 by SPCM convened at Travis Air Force Base, California.  Military Judge:  Jill M. Thomas (sitting alone).

Approved Sentence:  Bad-conduct discharge, confinement for 30 days, and reduction to E-1.

Appellate Counsel for the Appellant:  Captain Thomas A. Smith.

Appellate Counsel for the United States:  Major Daniel J. Breen and Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court